AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Robert Rounds

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03c.12339 PBS**

TO: (Name and address of Defendant)

Robert Rounds
4 Wildwood Avenue
Taunton, MA 02780

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Norhtampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ _days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY A...

CLERK

(By) DEPUTY CLERK

DATE



**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

**Bristol, ss.**

February 23, 2004

I hereby certify and return that on 2/20/2004 at 02:26 pm I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Corporate Disclosure, Case Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Robert Rounds, 4 Wildwood Avenue Taunton, MA 02780 and by mailing first class mail to the above-mentioned address on 2/20/2004. Copies ($4.00), Conveyance ($3.75), Travel ($17.60), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $58.60

_____
**Deputy Sheriff**

Deputy Sheriff Richard W. Hinkley

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                 Signature of Server

                               _____
                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.