UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: 03cv12339 PBS |
| ) | |
|    **Plaintiff,** ) | |
| ) | **SUBSTITUTE APPEARANCE** |
| **vs.** ) | |
| ) | |
| **Robert Rounds,** ) | |
| ) | |
|    **Defendant** ) | |

To the Court and all parties of record:

   The undersigned, Attorney John M. McLaughlin, counsel for the Plaintiff, has recently been made a Partner in the firm of Green, Miles, Lipton & Fitz-Gibbon. Accordingly, please enter my appearance as counsel for the Plaintiff with my new contact information in this action. This appearance is in lieu of and in substitution of my contact information now on the docket.

Respectfully Submitted for DIRECTV, Inc.
By It's Attorney,

___9/9/04___
Date

John M. McLaughlin (BBO: 556328)
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street, Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax: 413-584-6278

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the __9__ day of __Sept__, 2004, a copy of the foregoing was sent via first class mail to:

Attorney Kenneth D. Quat
9 Damonmill Square
Suite 4A-4
Concord, MA 01742

_____
John M. McLaughlin, Esq.