UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, INC., | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )   Civil Action 03-12339 PBS |
| | ) |
| | ) |
| ROBERT ROUNDS, | ) |
|     Defendant | ) |

**APPEARANCE FOR DEFENDANT**

To the Clerk:

    Please enter my appearance for the defendant in this action, Robert Rounds.

    /s/Kenneth D. Quat
    BBO 408640
    9 Damonmill Square, Suite 4A-4
    Concord MA 01742
    978-369-0848