# UNITED STATES DISTRICT COURT

## District of Massachusetts (Eastern Division)

| | |
|---|---|
| **DIRECTV, INC.** ) | Case No.: **03-12339-PBS** |
| ) | |
| Plaintiff, ) | **JOINT STATEMENT OF THE PARTIES** |
| ) | **PURSUANT TO LOCAL RULE 16.1(D)** |
| vs. ) | |
| ) | |
| **Robert Rounds** ) | |
| ) | |
| Defendant ) | |
| ) | |

Now come the Plaintiff, DIRECTV, and the Defendant, Robert Rounds and pursuant to Local Rule 16.1(D), do hereby submit the following Joint Statement to this Honorable Court.

## I. PARTIES' CONFERENCE

Office of Counsel for the Plaintiff and Kenneth D. Quat, Counsel for the Defendant, do hereby certify that they have discussed the issues required be discussed pursuant to this rule on December 8, 2004, via electronic mail.

## II. SETTLEMENT PROPOSAL

Counsel for the Defendant, does hereby certify that he received a Settlement Proposal from the Plaintiff accompanying the Joint Statement, pursuant to Local rule 16.1(C). Counsel for the Plaintiff does hereby certify that he presented said Settlement Proposal to the Defendant. At this time, the Defendant is not in a position to accept the Plaintiff's demand for settlement of the above matter.

### III.    MEDIATION

The parties are interested in mediation, but only after all, or most, discovery has been completed.

### IV.    JOINT STATEMENT AS TO DISCOVERY/MOTIONS

The following represents the Agreement of the Parties and is submitted to the Court such that the Court can utilize same in devising the Scheduling Order.

1. **Discovery**

    A. The Parties propose that all discovery be completed by March 31, 2005.

    B. The depositions of non-expert witnesses shall not exceed seven (7) hours per witness unless leave of the Court has been obtained or a written stipulation of the parties has been entered into to exceed said seven (7) hour limitation. The parties may also utilize subpoena duces tecum in conjunction with these non-expert depositions.

    C. The Parties propose that the written discovery shall include, but not limited to, interrogatories, requests for production, and requests for admissions. Pursuant to Fed. R. Civ. P. 33, interrogatories shall be limited to 25 in number, including sub-parts. Pursuant to Fed. R. Civ. P. 34, each person shall have the opportunity to submit two sets of requests for production of documents and things to the other party.

    D. The plaintiff shall disclose to Defendant, pursuant to Rule 26(a)(2)(B), all experts and expert reports by May 1, 2004. The Defendant shall disclose to Plaintiff, pursuant to Rule 26(a)(2)(B), all experts and expert reports by June 1, 2004.

    E. Whenever any discovery controversy arises to the point where motions are filed, all deadline dates as set forth above with reference to discovery shall be automatically extended to include the time necessary for the determination or settlement of the discovery dispute.

**2. Motions**

    A. All motions filed under Fed. R. Civ. P. 12, 13, 14, and 15 shall be filed no later than September 30, 2005. All motions pursuant to Fed. R. Civ. P. 56 shall be filed no later than October 14, 2005.

### V. CERTIFICATION

Counsel for the Plaintiff counsel for the Defendant and the Parties certify by their signatures below and all pursuant to Local Rue 16.1(D) that each Party and said Parties Counsel have conferred as to:

    1.    Establishing a budget for the cost of conducting the full course and various alternative courses of litigation; and,

    2.    To consider the resolution of litigation to the use of alternative dispute resolution programs.

### VI. CONSENT TO APPEAR BEFORE A MAGISTRATE

The Plaintiff is amenable to Trial before a Magistrate; however, the Defendant is not amenable to Trial before a Magistrate.

Respectfully Submitted for the Plaintiff,

By Its Attorney,

_12/13/04_                                         /s/ John M. McLaughlin
Date                                                John M. McLaughlin
                                                     **Green, Miles, Lipton & Fitz-Gibbon**
                                                     77 Pleasant Street
                                                     P.O. Box 210
                                                     Northampton, MA 01061-0210
                                                     Telephone: (413) 586-0865
                                                     BBO No. 556328

_____
John Green, for Plaintiff
Senior Staff Counsel

Respectfully Submitted for the Defendant By His Attorney,

_____
Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord, MA 01742
978-369-0848

The Defendant,

_____
Robert Rounds