UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DirecTv, Inc.
Plaintiff,

V.

Civil Action Number
03-12339-PBS

Robert Rounds
Defendant.

December 15, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 3/31/05

Plaintiff's expert designation deadline: 5/1/05

Defendant's expert designation deadline: 6/1/05

Final Pretrial Conference: 8/8/05 at 2:00 p.m.

Jury Trial: 8/15/05 at 9:00 a.m.

Case to be referred to Mediation program: Spring, 2005

By the Court,

/s/ Robert C. Alba
Deputy Clerk